AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>JEFFREY HERMAN<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. 5:MJ-11-28 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/29/2010 - 01/13/2011__ in the county of __Monroe__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2250(a) | did knowingly travel in interstate commerce and failed to register and update his registration as required by law, all in violation of Title 18, United States Code, Sections 2250(a), as a person who was required to register as a sex offender and timely update his sex offender registration, under the sex offender registration programs of the Commonwealth of Pennsylvania, and other states, and the Sex Offender Registration and Notification Act. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

FILED
WILKES BARRE
FEB 24 2011
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

_____
Complainant's signature

Andrew S. Babcanec Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: __02/24/2011__

City and state: __Wilkes-Barre, PA__

_____
Judge's signature

Malachy E. Mannion, U.S. Magistrate Judge
Printed name and title